UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 1:21-CR-725 (RDM) |
| JARED SAMUEL KASTNER, : | |
| LUKE FAULKNER, and : | |
| KENNETH DUNCAN MASSIE, : | |
| : | |
| Defendants. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and undersigned counsel, hereby informs the Court that Assistant United States Attorney Cytheria D. Jernigan is entering her appearance in the above-captioned matter as counsel for the United States. Trial Attorney Will Widman will remain as counsel of record.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
DC Bar No. 494742
Assistant U.S. Attorney, WDLA
Detailed to the U.S. Attorney's Office
for the District of Columbia
601 D. Street, N.W.
Washington, D.C. 20001
(318) 676-3611 (v)
(318) 676-3663 (f)
Cytheria.Jernigan@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 8th day of May 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney